

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 5 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 30th day of July, 2015, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| JAIMIE  DANIELS, Appellant | On Appeal from the County Court at Law No. 5, Dallas County, Texas |
| No. 05-15-00457-CV          V. | Trial Court Cause No. CC-15-01593-E. Opinion delivered by Justice Brown, Chief |
| BROOKFIELD APTS., Appellee | Justice Wright and Justice Stoddart participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution.  We **ORDER** that appellee Brookfield Apts. recover its costs of this appeal from appellant Jaimie Daniels.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 9th day of October, 2015.

_____
LISA MATZ, Clerk